## 24545. POWELL *v.* THE STATE.

GUERRY, J. The evidence, while conflicting, warranted a finding by the jury that there was a mutual intent to enter into a fight by the defendant and another person, and that in the course of such mutual fight the defendant, in unlawfully shooting at such person with intent to kill him, shot and killed a bystander. A verdict finding the defendant guilty of voluntary manslaughter was therefore supported by the evidence. *Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*

DECIDED MARCH 8, 1935. REHEARING DENIED MARCH 26, 1935.

*W. A. Dampier, C. S. Claxton, W. B. Kent,* for plaintiff in error.
*M. H. Boyer, solicitor-general, Will Stallings,* contra.

## 24546. WEST, *alias* WHITE, *v.* THE STATE.

BROYLES, C. J. 1. The accused was found in the very recent possession of a stolen automobile. His explanation of that possession was substantially corroborated by two witnesses, but their testimony, on a most material point, to wit as to the hour when the defendant came into the possession of the car, was directly contradicted by two of the State's witnesses. In view of such contradiction, and the evidence that the accused had been previously convicted in the superior court of Fulton county of the larceny of another automobile, the jury was authorized to find that his explanation of his recent possession was not satisfactory and that he was guilty of the larceny of the automobile, as charged in the indictment. See *Tate* v. *State,* 47 *Ga. App.* 784 (171 S. E. 557).
2. The court did not err in overruling the motion for a new trial, based upon the general grounds only.

*Judgment affirmed. MacIntyre and Guerry, JJ., concur.*

DECIDED MARCH 8, 1935.

*W. George Thomas, M. H. Collier,* for plaintiff in error.
*John A. Boykin, solicitor-general, J. W. LeCraw, John H. Hudson,* contra.